**No. 10-10350. Joachim E. Dressler, Petitioner v. Scott Walker, Governor of Wisconsin, et al.**

565 U.S. 834, 132 S. Ct. 137, 181 L. Ed. 2d 57, 2011 U.S. LEXIS 5698.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 409 Fed. Appx. 947.

**No. 10-10354. Darnell M. Smith, Petitioner v. Appellate Court of Illinois, Third District.**

565 U.S. 834, 132 S. Ct. 137, 181 L. Ed. 2d 57, 2011 U.S. LEXIS 5567.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.

**No. 10-10355. Denge Lemo Gahano, Petitioner v. International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers & Helpers, Local 104, et al.**

565 U.S. 834, 132 S. Ct. 137, 181 L. Ed. 2d 57, 2011 U.S. LEXIS 5612.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10356. Armster Hampton, Petitioner v. Michael S. Evans, Warden.**

565 U.S. 834, 132 S. Ct. 137, 181 L. Ed. 2d 57, 2011 U.S. LEXIS 5702.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 411 Fed. Appx. 993.

**No. 10-10357. Travis Grevious, Petitioner v. Burl Cain, Warden.**

565 U.S. 834, 132 S. Ct. 137, 181 L. Ed. 2d 57, 2011 U.S. LEXIS 5305.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10362. Wayne Thomas Houff, Petitioner v. Rick Coursey, Superintendent, Eastern Oregon Correctional Institution.**

565 U.S. 835, 132 S. Ct. 138, 181 L. Ed. 2d 57, 2011 U.S. LEXIS 5223.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 402 Fed. Appx. 167.

**No. 10-10368. Victor Y. Batshever, Petitioner v. Jafar Jafar, et al.**

565 U.S. 835, 132 S. Ct. 138, 181 L. Ed. 2d 57, 2011 U.S. LEXIS 5355,

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 73 App. Div. 3d 1108, 900 N.Y.S.2d 887.

**No. 10-10370. Jonathan Cataldo Bertanelli, Petitioner v. Unknown Parties.**

565 U.S. 835, 132 S. Ct. 138, 181 L. Ed. 2d 57, 2011 U.S. LEXIS 5618.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.